UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PORTILLO,<br><br>　　　　　Petitioner<br><br>vs.<br><br>JOHN MARSHALL,<br><br>　　　　　Respondent. | ) Case No. CV 08-3523-JVS(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　IT IS ADJUDGED that Judgment be entered denying the petition and dismissing the action with prejudice.

　　　DATE: June 29, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R\08-3523.jud
5/5/10